UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.           ) | Mag. Judge Case No. 04-1765-CBS |
| ) | |
| ANDREW MESSINA ) | |

### AFFIDAVIT IN SUPPORT OF ARREST

I, Colleen Forgetta, United States Department of Homeland Security, Immigration and Customs Enforcement, do hereby make oath before the Honorable Charles B. Swartwood, III, United States Magistrate Judge for the District of Massachusetts, that upon knowledge coming to me in connection with my official duties and as part of the official records of my office, I am advised that there is presently outstanding a warrant of arrest for one ANDREW MESSINA on an indictment filed in the District of Vermont charging the defendant with conspiracy to distribute more than 50 kilograms of marijuana, and I do hereby make oath that this warrant of arrest is outstanding in said District on the basis of the information set out above. Copies of said warrant and indictment are attached.

Colleen Forgetta
Special Agent
United States Department of
Homeland Security
Immigration and Customs
Enforcement

Subscribed and sworn to before me this 15th day of June, 2004.

Charles B. Swartwood III
United States Magistrate Judge

DOCKETED



CERTIFIED COPY

AO 442 (Rev. 5/93) Warrant for Arrest Modified 1/7/2000 USAO VT

# United States District Court

DISTRICT OF VERMONT

UNITED STATES OF AMERICA

v.

ANDREW MESSINA
ROBERT RUSSO

**WARRANT FOR ARREST**

CASE NUMBER: 1:04cr80-01

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Andrew Messina _____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[✓] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
conspiring to knowingly and intentionally distribute and possess with intent to distribute marijuana, a Schedule I controlled substance

In violation of Title ___21___ United States Code, Section(s) _846_

Name of Issuing Officer: Anne M. Nealley
Signature of Issuing Officer: Anne M. Nealley
Title of Issuing Officer: Deputy Clerk
Date and Location: 06-02-04  Rutland, VT

U.S. MARSHALS SERVICE DISTRICT OF VERMONT  2004 JUN -3 A 9:02

I hereby attest and certify on June 14, 2004, that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
Issued by
RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont
By: _____
    Deputy Clerk

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

CERTIFIED COPY

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. |
| | ) |
| ANDREW MESSINA, -01 | ) 1:04cr 80-01, 02 |
| ROBERT RUSSO, -02 | ) |
| Defendants. | ) |

## INDICTMENT

### COUNT 1

The Grand Jury charges:

Between in or about August 2001, the exact date unknown, and on or about November 13, 2001, in the District of Vermont and elsewhere, ANDREW MESSINA and ROBERT RUSSO, the defendants, did conspire together and with others to knowingly and intentionally distribute and possess with intent to distribute marijuana, a Schedule I controlled substance, in violation of 21 U.S.C. § 841(a)(1).

The Grand Jury further charges that the offense involved 50 kilograms or more of a mixture or substance containing a detectable amount of marijuana.

(21 U.S.C. § 846)

A TRUE BILL:

_____
FOREPERSON

PETER W. HALL
United States Attorney
Rutland, Vermont
June 2, 2004

(TDA)

I hereby attest and certify on June 14, 2004, that the foregoing document is a full, true and correct copy of the original on file in my office, and in my legal custody.
RICHARD PAUL WASKO
Clerk, U.S. District Court
District of Vermont
BY: _____
Deputy Clerk