≋AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF MA

| UNITED STATES | | | | | EXHIBIT AND WITNESS LIST | |
|---|---|---|---|---|---|---|
| V. | | | | | | |
| ANDREW MESSINA | | | | | Case Number: 04-1765-CBS | |
| PRESIDING JUDGE Charles B. Swartwood, III | | | | | PLAINTIFF'S ATTORNEY WORTMAN | DEFENDANT'S ATTORNEY CONRAD |
| TRIAL DATE (S) 6/17/2004 | | | | | COURT REPORTER 4:12 p | COURTROOM DEPUTY Roland |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES | |
| | | | | | Witnesses | |
| | | 6/17/2004 | | | Gary Stephan | |
| | | | | | Mr. & Mrs. Messina | |
| | | | | | Exhibits | |
| 1 | | 6/17/2004 | X | X | Report of Investigation | |
| 2 | | 6/17/2004 | X | X | Call Frequency Report (2) | |
| 3 | | 6/17/2004 | X | X | Boston Police Department Photos | |
| 4 | | 6/17/2004 | X | X | Initial Debriefing Report of CW1 | |
| 5a | | 6/17/2004 | X | X | Boston Police Arrest Report | |
| 5b | | 6/17/2004 | X | X | Boston Police Incident Report–Waddington | |
| 5c | | 6/17/2004 | X | X | Interview of Mr. Trombley | |
| 6a | | 6/17/2004 | X | X | Computer Printout of Banking Transactions 1/2001-5/28/2002 | |
| 6b | | 6/17/2004 | X | X | Rental Agreements for Rental Cars | |
| 6c | | 6/17/2004 | X | X | Registry Applications–Purchase of Mercedes Benz | |
| 7 | | 6/17/2004 | X | X | Customs Passenger Activity Report | |
| 8 | | | | | | |
| 9 | | | | | | |
| 10 | | 6/17/2004 | X | X | Website indicating Employees of Addison Wellsley | |
| 11 | | 6/17/2004 | X | X | Armani Sales Receipt–6/3/2004 | |
| 12 | | 6/17/2004 | X | X | W2 Form of Dft for 2003 | |
| | A | 6/17/2004 | X | X | Town of Salem Property Tax Bill | |
| | B | 6/17/2004 | X | X | Countrywide Mortgage Bill | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages